JS-6

# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEO GABRIELIAN,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>LAFAYETTE LIFE INSURANCE COMPANY, and DOES 1 to 10, Inclusive,<br><br>　　　　　Defendants. | Case No. CV13-4694 BRO (Ex)<br><br>Assigned to the Honorable Beverly Reid O'Connell<br><br>**JUDGMENT**<br><br>Hearing:<br>Date: August 13, 2014<br>Time: 9:00 a.m.<br>Ctrm.: 14 |

　　　　This action came on for hearing on August 13, 2014, at 9:00 am, in Courtroom 14, the Honorable Beverly Reid O'Connell presiding, on Defendant The Lafayette Life Insurance Company's Motion for Summary Judgment, or Alternatively, Partial Summary Judgment ("Defendant's Motion for Summary Judgment"). D. Scott Mohney of the Law Office of D. Scott Mohney appeared on behalf of Plaintiff Leo Gabrielian ("Plaintiff"), and Geoffrey Tong and Ariel House of Lee Tran & Liang LLP appeared on behalf of Defendant The Lafayette Life Insurance Company ("Defendant").

- 2 -

1    The Court has fully considered the moving and opposition papers and the
2 evidence presented, heard the issues, and duly rendered a decision,
3    IT IS ORDERED AND ADJUDGED:
4    1. Plaintiff shall take nothing on his Complaint and the action shall be
5       dismissed on the merits; and
6    2. Defendant may apply to recover from Plaintiff its reasonable costs of suit.

Dated: August 21, 2014

_____

The Hon. Beverly Reid O'Connell
UNITED STATES DISTRICT JUDGE