Denise Jarman (State Bar No. 88650)
LAW OFFICE OF DENISE JARMAN
1241 Johnson Avenue, Suite 206
San Luis Obispo, CA 93401
Tele: 916-607-5692
Fax: 866-715-4630
Email: denise@jarmaninsurancelaw.com

*Attorneys for Plaintiff*
LEO GABRIELIAN

**LTL ATTORNEYS LLP**
Geoffrey T. Tong (State Bar No. 140312)
*geoffrey.tong@ltlattorneys.com*
Kevin B. Kelly (State Bar No. 274145)
*kevin.kelly@ltlattorneys.com*
300 South Grand Ave, 14th Floor
Los Angeles, CA 90071
Tel: (213) 612-8900

*Attorneys for Defendant*
THE LAFAYETTE LIFE INSURANCE COMPANY

JS-6

FILED
CLERK, U.S. DISTRICT COURT
MAY 15, 2018
CENTRAL DISTRICT OF CALIFORNIA
BY: ____BH____ DEPUTY

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEO GABRIELIAN,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>THE LAFAYETTE LIFE INSURANCE COMPANY, and DOES 1 to 10, Inclusive,<br><br>　　　　Defendants. | CASE NO. 2:13-CV-04694-VAP-E<br><br>**[PROPOSED]** **ORDER FOR ENTRY OF FINAL JUDGMENT**<br><br>Judge: Hon. Virginia A. Phillips |

**ORDER**

This Court has read and considered the Joint Stipulation for Entry of Final Judgment of Plaintiff Leo Gabrielian and Defendant The Lafayette Life Insurance Company.

PURSUANT TO SUCH STIPULATION, IT IS ORDERED THAT:

1. Judgment shall be entered forthwith in favor of Defendant The Lafayette Life Insurance Company on all claims and issues in this matter and against Plaintiff Leo Gabrielian, including, but not limited to, claims for relief and remedies available under: (1) Declaratory Relief; (2) Breach of Contract; (3) Breach of the Implied Covenant of Good Faith and Fair Dealing; and (4) Bad Faith.

IT IS SO ORDERED.

Dated: May 15, 2018

*Virginia A. Phillips*
Virginia A. Phillips
Chief United States District Judge